UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MATTHEW ALAN SMITH           )<br>                              )<br>    Plaintiff,              )<br>                              )<br>    v.                        )<br>                              )<br>UNITED PARCEL SERVICE, INC.   )<br>                              )<br>    Defendant.                ) | Civil No. 2:14-cv-422-JDL |

## ORDER ADOPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision (ECF No. 6) with the court on February 2, 2015. *See also* ECF No. 5. The time within which to file objections expired on February 19, 2015, and no objections have been filed. The Magistrate Judge notified Plaintiff Matthew Alan Smith ("Smith") that failure to object would waive his right to *de novo* review and appeal of the Recommended Decision.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**.

**SO ORDERED.**

/s/ Jon D. Levy
United States District Judge

Dated this 9th day of March, 2015.

1